UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNATHON BURNS,

    Plaintiff,

  v.

TROOPER PINKERTON, *et al.,*

    Defendants.

_____/

Case No. 22-12057

District Judge George Caram Steeh
Magistrate Judge David R. Grand

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT

On March 13, 2023, Magistrate Judge David R. Grand issued a report and recommendation proposing that the court dismiss Plaintiff's complaint for lack of prosecution. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Grand's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Grand's report and recommendation (ECF No. 15) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendants' motion to dismiss (ECF No. 12) is DENIED AS MOOT and Plaintiff's complaint is DISMISSED pursuant to Fed. R. Civ. P. 41(b).

Dated: April 4, 2023

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 5, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk